OPINION — AG — ** CENSUS AND ATTENDANCE SUPERVISOR — SALARY — TEACHERS ** THE SUPERVISOR OF SCHOOL CENSUS AND ATTENDANCE OF AN INDEPENDENT SCHOOL DISTRICT SHOULD BE LISTED ONLY IN THE PERSONNEL REPORT OF TEACHERS FOR THE MAJORITY SCHOOLS OF THE DISTRICT, AND NOT FOR THE SEPARATE SCHOOLS, OF THE DISTRICT. (PRO RATE SHARE, SCHOOLS, TEACHERS, COMPENSATION) CITE: 70 O.S. 5-8 [70-5-8], 70 O.S. 10-1 [70-10-1] 70 O.S. 18-4 [70-18-4] (J. H. JOHNSON)